1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7                                                 AT SEATTLE

8   UNITED STATES OF AMERICA

9                        Plaintiff,                    Case No. MJ11-434

10        v.                                           **DETENTION ORDER**

11  EUGEN TIRCA,

12                       Defendant.

13  Offense charged:

14        Possession of Device Making Equipment.

15  Date of Detention Hearing:  September 21, 2011.

16        The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

17  and based upon the factual findings and statement of reasons for detention hereafter set forth,

18  finds that no condition or combination of conditions which the defendant can meet will

19  reasonably assure the appearance of the defendant as required and the safety of any other person

20  and the community.

21        **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

22        The Court received no information about defendant's ties to the community,

23  employment, residence, health or drug and alcohol issues.  Defendant though counsel did not

DETENTION ORDER - 1

1  contest detention.

2      It is therefore **ORDERED**:

3      (1)     Defendant shall be detained pending trial and committed to the custody of the

4  Attorney General for confinement in a correctional facility separate, to the extent practicable,

5  from persons awaiting or serving sentences, or being held in custody pending appeal;

6      (2)     Defendant shall be afforded reasonable opportunity for private consultation with

7  counsel;

8      (3)     On order of a court of the United States or on request of an attorney for the

9  Government, the person in charge of the correctional facility in which Defendant is confined

10 shall deliver the defendant to a United States Marshal for the purpose of an appearance in

11 connection with a court proceeding; and

12     (4)     The clerk shall direct copies of this order to counsel for the United States, to

13 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

14 Officer.

15     DATED this 21st day of September, 2011.

16

17     _____

18     BRIAN A. TSUCHIDA
       United States Magistrate Judge

19

20

21

22

23

DETENTION ORDER - 2